ROBERT PHILLIPS
Nevada Bar No. 11441
RYAN KERBOW
Nevada Bar No. 11403
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
rphillips@psalaw.net
rkerbow@psalaw.net

*Attorneys for Defendant
Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC.; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00282-APG-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

Plaintiff MANUEL SANCHEZ ("Plaintiff") and Defendant WAL-MART STORES, INC. ("Walmart"), by and through their respective counsel of record, do hereby stipulate to extend the discovery deadlines in the present case for a period of 60 days Pursuant to Local Rule IA 6-1 and Local Rule 26-4.

Pursuant to Local Rule IA 6-1(a), the parties hereby aver that this is the first such discovery extension requested in this matter.

**DISCOVERY COMPLETED TO DATE**

- The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures;

- Walmart has served written discovery to Plaintiff;

## DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

- Plaintiff will serve responses to Walmart's written discovery requests;
- Plaintiff will propound written discovery to Walmart, and Walmart will serve responses;
- Disclosure of expert witnesses;
- Walmart will depose Plaintiff;
- Depositions of fact witnesses;
- Depositions of expert witnesses and treating medical providers;
- Rule 35 examination of Plaintiff.

The parties aver, pursuant to Local Rule 26-4, that good cause exists for the requested extension. Despite Plaintiff's counsel's diligent efforts, Plaintiff's counsel has been unable to provide medical authorizations to Defendant for the release of Plaintiff's medical records. Further, Plaintiff's counsel has been unable to provide responses to Walmart's written discovery requests, including information regarding Plaintiff's medical history, due to difficulties in maintaining communication with Plaintiff. Plaintiff's counsel is in the process of substituting in other legal representation for Plaintiff. As a result of the foregoing, an extension of 60 days is necessary to give Walmart an opportunity to conduct necessary discovery into Plaintiff's medical history in time to make decisions regarding expert witness retention and to retain expert witnesses prior to the expert disclosure deadline.

The parties have acted in good faith to request this extension and have no intent, nor reason, to delay the resolution of this matter.

## [PROPOSED] NEW DISCOVERY DEADLINES

Discovery Cut-Off Date

Currently: August 13, 2018

Proposed: October 12, 2018

Joint Interim Status Report

Currently: June 14, 2018

Proposed: August 13, 2018

Expert Disclosure Deadline

Currently: June 14, 2018

Proposed: August 13, 2018

Rebuttal Expert Disclosure Deadline

Currently: July 16, 2018

Proposed: September 12, 2018

Dispositive Motion Deadline

Currently: September 12, 2018

Proposed: November 12, 2018

Joint Proposed Pre-Trial Order

Currently: October 12, 2018, or 30 days after resolution of dispositive motions per Local Rule 26-1(e)(5).

Proposed: December 12, 2018, or 30 days after resolution of dispositive motions per Local Rule 26-1(e)(5)

//
//
//
//
//
//
//

If this extension is granted, all depositions mentioned above, a Rule 35 examination of Plaintiff, and expert disclosures should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 24th day of May, 2018

DATED this 24th day of May, 2018.

/s/ Ian Estrada

Ian C. Estrada, ESQ.
Nevada Bar No. 12575
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*
*Manuel Sanchez*

/s/ Ryan Kerbow

RYAN KERBOW
Nevada Bar. No. 11403
PHILLIPS, SPALLAS & ANGSTADT, LLC
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Walmart Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 25, 2018