# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL SANCHEZ,<br><br>   Plaintiff<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>   Defendant | Case No.: 2:18-cv-00282-APG-CWH<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 31] |

On May 23, 2019, Magistrate Judge Hoffman recommended I dismiss this case because plaintiff Manuel Sanchez has failed to respond to the court's order to show cause or to appear at the show cause hearing. ECF No. 31. Sanchez did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). I nevertheless conducted a de novo review. Judge Hoffman sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation (**ECF No. 31) is accepted**. Plaintiff Manuel Sanchez's complaint is DISMISSED with prejudice.

DATED this 11th day of June, 2019.

                                                                                  _____
                                                                                  ANDREW P. GORDON
                                                                                  UNITED STATES DISTRICT JUDGE